```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 01074
   DORRA M JONES
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-6594

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/13/2005 and was confirmed 03/10/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 06/26/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
HOMEQ SERVICING CORP     CURRENT MORTG    20417.63           .00         20417.63
HOMEQ SERVICING CORP     MORTGAGE ARRE    13185.78           .00         13185.78
HOMEQ                    NOTICE ONLY      NOT FILED          .00              .00
CITY OF CHICAGO PARKING  UNSECURED          510.00           .00            51.00
COMMONWEALTH EDISON      UNSECURED        NOT FILED          .00              .00
DISCOVER FINANCIAL SERVI UNSECURED         6602.68           .00           660.27
PORTFOLIO RECOVERY ASSOC UNSECURED         4670.72           .00           467.07
WELLS FARGO FINANCIAL AC NOTICE ONLY      NOT FILED          .00              .00
PETER FRANCIS GERACI     DEBTOR ATTY       2,700.00                       2,700.00
TOM VAUGHN               TRUSTEE                                          2,309.10
DEBTOR REFUND            REFUND                                             372.73

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             40,163.58

PRIORITY                                           .00
SECURED                                      33,603.41
UNSECURED                                     1,178.34
ADMINISTRATIVE                                2,700.00
TRUSTEE COMPENSATION                          2,309.10
DEBTOR REFUND                                   372.73
                    --------------          --------------
TOTALS              40,163.58                40,163.58
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 01074 DORRA M JONES

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 09/25/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |